UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * * * *

| | |
|---|---|
| PAUL MITCHELL,                )<br>                                          )<br>          Plaintiff,             )<br>                                          )<br>     v.                                  )<br>                                          )<br> BOARD OF PAROLE      )<br> COMMISSIONERS, et al., )<br>                                          )<br>          Defendants.         )<br>_____) | 3:07-cv-00627-LRH-RAM<br><br>O R D E R |

Before this Court is Report and Recommendation of U.S. Magistrate Judge Robert A. McQuaid, Jr., (#42[1]) entered on February 11, 2010, recommending dismissal of action for lack of subject matter jurisdiction. Plaintiff filed his Objections to Magistrate Judge's Report and Recommendation (#43) on February 25, 2010, and Defendants filed their Response to Objections to Report and Recommendation of Magistrate Judge on March 12, 2010 (#44), pursuant to 28 U.S.C. § 636(b)(1) and Local Rule 1B 3-2 of the Rules of Practice of the United States District Court for the District of Nevada.

The Court has conducted its *de novo* review in this case, has fully considered the objections of the Plaintiff, the pleadings and memoranda of the parties and other relevant matters of record pursuant to 28 U.S.C. § 636 (b) (1) and Local Rule IB 3-2. The Court determines that the Magistrate Judge's

---

[1] Refers to court's docket number.

Report and Recommendation (#42) entered on February 11, 2010, should be adopted and accepted.

IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation (#42) entered on February 11, 2010, is adopted and accepted, and this action is dismissed for lack of subject matter jurisdiction.

The Clerk of the Court shall enter judgment accordingly.

IT IS SO ORDERED.

DATED this 30th day of March, 2010.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

2