AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*        DISTRICT OF    NEVADA

PAUL MITCHELL,

      Plaintiff,    JUDGMENT IN A CIVIL CASE

V.

      CASE NUMBER:  **3:07-CV-00627-LRH-RAM**

BOARD OF PAROLE
COMMISSIONERS, et al.,

      Defendants.

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_ **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this action is dismissed for lack of subject matter jurisdiction.

  March 30, 2010                               **LANCE S. WILSON**
                                                        Clerk

                                                       /s/ D. R. Morgan
                                                       Deputy Clerk